# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6011
Owner: Americo E. Garcia, *et al.*
Acres: 2.215

**Being** a 2.215 acre (96,501 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 7 as described in Volume 171, Page 36, Deed Records of Starr County, Texas and being out of a called 20.911 acre tract conveyed to Americo Eloy Garcia by Report of Commissioners-Cause No. 4909 recorded in Volume 441, Page 599, Deed Records of Starr County, Texas (Tract No. 1), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing:** at a found 1/2" iron rod at an easterly interior corner of the 20.911 acre tract and a westerly exterior corner of a called 5.03 acre tract conveyed to Florencia G. Garcia and Salvador Garcia, Jr. by Deed of Gift recorded in Volume 741, Page 650, Official Records of Starr County, Texas (Tract 2, Share 7), said point having the coordinates of N=16657376.037, E=854230.011, said point bears S 28°25'07" W, a distance of 2873.79' from United States Army Corps of Engineers Control Point No. 211;

**Thence**: S 08°54'15" W (S 08°44'00" W, Record), with the east line of the 20.911 acre tract and the west line of the 5.03 acre tract, for a distance of 47.88' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-1=6080-4" for the Point of Beginning and east corner of Tract RGV-RGC-6011, said point being in the east line of the 20.911 acre tract and the west line of the 5.03 acre tract, said point having the coordinates of N=16657328.731, E=854222.600;

**Thence**: S 08°54'15" W (S 08°44'00" W, Record), continuing with the east line of the 20.911 acre tract and the west line of the 5.03 acre tract, for a distance of 372.46' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-2=6080-3" for the south corner of Tract RGV-RGC-6011, said point being in the east line of the 20.911 acre tract and the west line of the 5.03 acre tract**;**

**Thence:** departing the west line of the 5.03 acre tract, over and across the 20.911 acre tract, the following courses and distances:

**SCHEDULE C (continued)**

LEGAL DESCRIPTION

Starr County, Texas

• 	N 37°57'35" W, for a distance of 123.83' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-3" for an angle point in the southwest line of Tract RGV-RGC-6011;

• 	N 15°11'46" W, for a distance of 556.53' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-1-2=6011-4" for the northwest corner of Tract RGV-RGC-6011, said point being in the north line of the 20.911 acre tract and a southerly line of the remainder of a called 61.610 acre tract conveyed to Starr Produce Company by Substitute Trustee's Deed recorded in Volume 1012, Page 736, Official Records of Starr County, Texas;

**Thence:** S 80°50'52" E (S 81°16'00" E, Record), with the north line of the 20.911 acre tract and the southerly line of the remainder of the 61.610 acre tract, for a distance of 219.53' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-1-1=6011-5" for the northeast corner of Tract RGV-RGC-6011, said point being in the north line of the 20.911 acre tract and a southerly line of the remainder of the 61.610 acre tract;

**Thence:** S 15°11'46" E, departing the southerly line of the remainder of the 61.610 acre tract, over and across the 20.911 acre tract, for a distance of 240.21' to the Point of Beginning.

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (continued)

## MAP or PLAT

## LAND TO BE CONDEMNED



| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|---|---|---|---|---|
| L1 | S 28°25'07" W | 2873.79' | N/A | N/A |
| L2 | S 08°54'15" W | 47.88' | S 08°44'00" W | N/A |
| L3 | S 08°54'15" W | 372.46' | S 08°44'00" W | N/A |
| L4 | N 37°57'35" W | 123.83' | N/A | N/A |
| L5 | N 15°11'46" W | 556.53' | N/A | N/A |
| L6 | S 80°50'52" E | 219.53' | S 81°16'00" E | N/A |
| L7 | S 15°11'46" E | 240.21' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16657328.731 | 854222.600 | RGV-RGC-6011-1=6080-4 |
| 2 | 16656960.762 | 854164.950 | RGV-RGC-6011-2=6080-3 |
| 3 | 16657058.393 | 854088.782 | RGV-RGC-6011-3 |
| 4 | 16657595.459 | 853942.905 | RGV-RGC-6005-1-2=6011-4 |
| 5 | 16657560.542 | 854159.635 | RGV-RGC-6005-1-1=6011-5 |
| 6 | 16657376.037 | 854230.011 | POC RGV-RGC-6011 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.

LEGEND

| | | |
|---|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET | |
| △ | CONTROL POINT | |
| CP | CARPORT | |
| DRSC | DEED RECORDS OF STARR COUNTY | |
| HSE | HOUSE | |
| HW | HORSE WALKER | |
| IPF | 1" IRON PIPE FOUND | |
| IRF | 1/2" IRON ROD FOUND | |
| MB | METAL BUILDING | |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY | |
| PB | POLE BARN | |
| PG | PAGE | |
| POB | POINT OF BEGINNING | |
| POC | POINT OF COMMENCING | |
| SC | SHIPPING CONTAINER | |
| SH | SHED | |
| VOL | VOLUME | |

ACQUISITION BOUNDARY
ADJOINING ACQUISITION BOUNDARY
BRUSH/VEGETATION
P L — PROPERTY LINE
x — x — x — WIRE FENCE
SEE SHEET 5



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7266 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-876-1658

METES & BOUNDS SURVEY
AMERICO ELOY GARCIA
TRACT No. RGV-RGC-6011
STARR COUNTY                          TEXAS

MDS PROJ. NO. 19-200-00       FILE NAME: RGV-RGC-6011       DATE: 2/7/2020

## **SCHEDULE D (continued)**

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN
Starr County, Texas

Tract:  RGV-RGC-6011
Owner:  Americo E. Garcia, *et al.*
Acres:  2.215

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described as the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, and described as "Tract 1" in that certain instrument recorded in the Deed Records of Starr County, Texas, document #1981-108260, volume 441, page 599, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (continued)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIXTY FIVE THOUSAND, THREE HUNDRED AND NINETY FIVE DOLLARS NO/100 ($65,395.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Americo Eloy Garcia** <br> ▮▮▮▮▮▮ <br> Rio Grande City, Texas ▮▮▮ | **RGV-RGC-6011** <br> Partition Agreement, Document #2018-345401; Recorded October 2, 2018 in Deed Records of Starr County, Texas <br><br> Decree Confirming Partition, Document # 1981-108260, Vol. 441, Pg. 599; Recorded July 23, 1981 in Deed Records of Starr County, Texas |
| **Mary Jane Garcia** <br> Unknown Address | **RGV_RGC-6011** <br> Warranty Deed <br> Document # 1975-89072, Vol. 389, Pg. 250; Recorded October 27, 1975 in Deed Records of Starr County, Texas. <br><br> Warranty Deed with Vendor's Lien <br> Document #1974-86508, Vol. 380, Pg. 694; Recorded October 17, 1974 in Deed Records of Starr County, Texas |
| **Unknown heirs of Amada Pinia de Villarreal aka Ausda P. de Villarreal** <br> Unknown Address <br><br> **Gregoria Villarreal** <br><br> **Francisco Villarreal** | **RGV-RGC-6011** <br> Decree Confirming Partition, Document # 1951-34133, Vol. 171, Pg. 36; Recorded October 4, 1981 in Deed Records of Starr County, Texas |
| **Unknown heirs and/or devisees of Frumencio Villarreal** <br> Unknown Address | **RGV-RGC-6011** <br> Decree Confirming Partition, Document # 1951-34133, Vol. 171, Pg. 36; Recorded October 4, 1981 in Deed Records of Starr County, Texas |

| **Fidel Villarreal**<br>Unknown Address | **RGV-RGC-6011**<br>Warranty Deed, Document # 1976-91533, 91534 and 91535; Recorded July 20, 1976 in Deed Records of Starr County |
|---|---|
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N FM 3167, Room 201<br>Rio Grande City, TX 78582 | **RGV-RGC-6011**<br>Property Id: 49884<br>Geographic Id: 00083-07300-00325-000000 |