## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6011
Owner: Americo E. Garcia, *et al.*
Acres: 2.215

**Being** a 2.215 acre (96,501 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 7 as described in Volume 171, Page 36, Deed Records of Starr County, Texas and being out of a called 20.911 acre tract conveyed to Americo Eloy Garcia by Report of Commissioners-Cause No. 4909 recorded in Volume 441, Page 599, Deed Records of Starr County, Texas (Tract No. 1), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing:** at a found 1/2" iron rod at an easterly interior corner of the 20.911 acre tract and a westerly exterior corner of a called 5.03 acre tract conveyed to Florencia G. Garcia and Salvador Garcia, Jr. by Deed of Gift recorded in Volume 741, Page 650, Official Records of Starr County, Texas (Tract 2, Share 7), said point having the coordinates of N=16657376.037, E=854230.011, said point bears S 28°25'07" W, a distance of 2873.79' from United States Army Corps of Engineers Control Point No. 211;

**Thence**: S 08°54'15" W (S 08°44'00" W, Record), with the east line of the 20.911 acre tract and the west line of the 5.03 acre tract, for a distance of 47.88' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-1=6080-4" for the Point of Beginning and east corner of Tract RGV-RGC-6011, said point being in the east line of the 20.911 acre tract and the west line of the 5.03 acre tract, said point having the coordinates of N=16657328.731, E=854222.600;

**Thence:** S 08°54'15" W (S 08°44'00" W, Record), continuing with the east line of the 20.911 acre tract and the west line of the 5.03 acre tract, for a distance of 372.46' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-2=6080-3" for the south corner of Tract RGV-RGC-6011, said point being in the east line of the 20.911 acre tract and the west line of the 5.03 acre tract**;**

**Thence:** departing the west line of the 5.03 acre tract, over and across the 20.911 acre tract, the following courses and distances:

GOVERNMENT EXHIBIT 1

## SCHEDULE C (continued)

## LEGAL DESCRIPTION

Starr County, Texas

- N 37°57'35" W, for a distance of 123.83' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-3" for an angle point in the southwest line of Tract RGV-RGC-6011;

- N 15°11'46" W, for a distance of 556.53' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-1-2=6011-4" for the northwest corner of Tract RGV-RGC-6011, said point being in the north line of the 20.911 acre tract and a southerly line of the remainder of a called 61.610 acre tract conveyed to Starr Produce Company by Substitute Trustee's Deed recorded in Volume 1012, Page 736, Official Records of Starr County, Texas;

**Thence:** S 80°50'52" E (S 81°16'00" E, Record), with the north line of the 20.911 acre tract and the southerly line of the remainder of the 61.610 acre tract, for a distance of 219.53' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-1-1=6011-5" for the northeast corner of Tract RGV-RGC-6011, said point being in the north line of the 20.911 acre tract and a southerly line of the remainder of the 61.610 acre tract;

**Thence:** S 15°11'46" E, departing the southerly line of the remainder of the 61.610 acre tract, over and across the 20.911 acre tract, for a distance of 240.21' to the Point of Beginning.