**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (continued)

## MAP or PLAT

## LAND TO BE CONDEMNED





## SCHEDULE D (continued)

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (continued)

## MAP or PLAT

## LAND TO BE CONDEMNED

